IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN MANUEL PEREZ LOPEZ, | |
| Plaintiff, | Case No. 17 CV 794 |
| v. | Judge Jorge L. Alonso |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security | |
| Defendant. | |

## ORDER

Juan Manuel Perez Lopez filed this action requesting judicial review of the final decision of the Commissioner of the Social Security Administration denying Plaintiff's application for benefits. The Court referred the matter to the Magistrate Judge, who issued a thorough and well-reasoned Report and Recommendation in which he found that the Administrative Law Judge had committed reversible error, and recommended that the Commissioner's motion for summary judgment [20] be denied and the action be remanded. [26] No objection has been filed. After review, the Court adopts the Magistrate Judge's Report and Recommendation, denies the Commissioner's motion for summary judgment, reverses the decision of the Social Security Administration, and remands this action. Civil Case terminated.

Date: 7/13/2018

Jorge L. Alonso
United States District Judge

1